UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JACOB SHAW, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:21-cv-00045 |
| | § | |
| PERATON, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's order of May 12, 2021,[1] Plaintiff's claims against Peraton, Inc. having been **DISMISSED WITHOUT PREJUDICE**, the Court hereby enters this final judgment in accordance with Federal Rule of Civil Procedure 54. Each party is to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 13th day of May 2021.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 22.